# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FAIA INVESTMENTS, LLC** | **CIVIL ACTION NO.** |
| **VERSUS** | **JUDGE** |
| | **MAGISTRATE** |
| **ATAIN SPECIALTY INSURANCE COMPANY** | |

## NOTICE FOR REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Atain Specialty Insurance Company, which files this Notice for Removal pursuant to 28 U.S.C. §1332 and 1441 to hereby remove this matter from state court to the docket of this Honorable Court and respectfully represents the following:

## BACKGROUND

### 1.

This action has been brought in the 24TH Judicial District Court for the Parish of Jefferson, State of Louisiana, entitled "*Faia Investments, LLC vs. Atain Specialty Insurance Company*" bearing Civil Action Number 857034, Division M, with the petition being filed on August 14, 2024.  (*See* Petition for Damages attached as Exhibit "A").

### 2.

Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in said action are attached hereto as Exhibit A.

### 3.

Additionally, as required, a list of all attorneys, including their addresses, telephone

numbers and parties represented is attached hereto as Exhibit B.

**4.**

This action is a civil action brought by Plaintiff, Faia Investments, LLC, seeking to recover damages as alleged in Plaintiff's Petition for Damages stemming from property damage allegedly incurred as a result of a fire that occurred on August 21, 2023. (See Petition for Damages attached hereto as Exhibit "A").

**5.**

Defendant, Atain Specialty Insurance Company, was served with a copy of the Plaintiff's lawsuit on September 19, 2024; therefore, removal is timely under 28 U.S.C. §1446(B)(1)-(3).

## BASIS OF REMOVAL

**6.**

The grounds for removal are diversity of citizenship under 28 U.S.C. §1332 and 28 U.S.C. §1441—Defendant is completely diverse from the Plaintiff and the amount in controversy exceeds $75,000.00, in light of the damages alleged in Plaintiffs' petition.

**7.**

Plaintiff is a citizen of the State of Louisiana.

**8.**

Defendant, Atain Specialty Insurance Company, is domiciled in Michigan.

**9.**

Because the Plaintiff is a citizen of Louisiana and Defendant is a citizen of Michigan, complete diversity of citizenship exists among the parties.

**10.**

Defendant denies liability for any damages sought by Plaintiff; however, upon

information and belief, the amount in controversy exceeds the requisite jurisdictional amount of $75,000.00.

**11.**

Plaintiff alleges that Defendant breached its contract and intentionally and/or negligently adjusted Plaintiff's insurance claim in bad faith following the fire.  Plaintiff further alleges that the fire caused significant damages to the exterior, interior, and contents of the property located at 3409 16th Street in Metairie, Louisiana.  Plaintiff further allege that the property and contents therein were significantly damaged and suffered a diminution in value.   In fact, Plaintiff specifically alleges that the following amount were "required to be paid by Defendant for repair, damage and/or reimbursement:  $263,580.58.   As a result, Plaintiff seeks damages as follows:

1. Diminution of the value of the property;

2. Underpayment and/or delayed payment of covered damages/repair costs;

3. Actual repair costs, temporary repair costs, as well as increased repair costs;

4. Loss of use and/or additional living expenses;

5. Property damage;

6. Penalties as a result of Defendant's bad faith;

7. Inconvenience;

8. Loss of use and/or business interruption;

9. Attorneys' fees, other professional fees, and litigation costs;

10. Other general, special and/or consequential damages; and

11. Any and all other damages that are show through discovery and/or proven at the trial of this matter.

*See* Exhibit "A" at DAMAGES.

## **REMOVAL PROCEDURE**

### **12.**

This Notice of Removal is filed within 30 days of the receipt by or service upon the Defendant of a copy of the initial pleading setting forth the claim for relief upon which the action or proceeding is based.

### **13.**

The state court action was commenced on August 14, 2024, and this removal has been filed within 1 year after its commencement.

### **14.**

Venue is proper within the Eastern District of Louisiana because the matter is being removed from the 24th Judicial District Court for the Parish of Jefferson—a court which the Eastern District of Louisiana embraces, and more specifically:

> Hon. Shayna Beevers Morvant
> 24th Judicial District Court for the
> Parish of Jefferson, State of Louisiana
> Division M
> 200 Derbigny Street, Suite 4100
> Gretna, LA 70053

### **15.**

Under 28 U.S.C. §1446(d), the mover affirms that it will give written notice of this removal to all adverse parties and will file a copy of the Notice with the Civil District Court for the Parish of Orleans, State of Louisiana.

### **16.**

Pursuant to 28 U.S.C. §1447(b) and LR 3.2, mover identifies all counsel as follows:

a. **Counsel for Plaintiff—Faia Investments, LLC**
Anthony D. Irpino
Dustin L. Poche
Irpino, Avin & Hawkins Law Firm
2216 Magazine Street
New Orleans, Louisiana 70130
Tel: (504) 525-1500
Fax: (504) 525-1501
Email: airpino@irpinolaw.com
          dpoche@irpinolaw.com


b. **Counsel for Defendant— Atain Specialty Insurance Company**
James A. Prather, Esq.
C. Bowman Fetzer, Jr., Esq.
Galloway, Johnson, Tompkins, Burr & Smith
#3 Sanctuary Boulevard, First Floor
Mandeville, Louisiana  70471
Tel.:  (985)-674-6680
Fax:  (985)-674-6681
Email: jprather@gallowaylawfirm.com
          bfetzer@gallowaylawfirm.com

**17.**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal.  He likewise certifies that to the best of his knowledge, information, and belief formed after reasonable inquiry, the Notice is well-grounded in fact and is warranted by existing law or good faith argument for the extension, modification, or reversal of existing law, and that it is not interposed for any improper purpose.

**WHEREFORE,** Defendant, Atain Specialty Insurance Company, prays that this Notice of Removal be accepted as good and sufficient, and that this civil action be removed from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, to the docket of this Honorable Court for trial and determination as provided by law, and that this Court enter such Orders and issue such process as may be proper, including copies of records and proceedings of the action from the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, and

then proceed with the civil action as if it had been originally commenced in this Court.

Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH, APLC**

 */s/ C. Bowman Fetzer*
**JAMES A. PRATHER (#20595) (T.A.)
C. BOWMAN FETZER (#34541)**
3 Sanctuary Boulevard, Third Floor
Mandeville, Louisiana 70471
Telephone:  985-674-6680
Facsimile:  985-674-6681
***Counsel for Atain Specialty Insurance Company***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th  day of October, 2024, a copy of the foregoing pleading has been served on all parties or their attorneys in a manner authorized by FRCP 5(b)(2) or via the court's CM/ECF system.

 */s/ C. Bowman Fetzer*
**C. BOWMAN FETZER**